UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ISHMAEL JACK GRICE, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-02232-KOB-HGD |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Respondents | ) | |

**DISMISSAL ORDER**

On November 25, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed 11 days in which to file objections to the recommendations made by the magistrate judge. The time for petitioner to file objections was extended to December 22, 2009. To date, neither petitioner nor respondents filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and therefore ORDERS that the petition for writ of habeas corpus in this action is DISMISSED as MOOT.

DONE this 30th day of March, 2010.

                                          /s/ Karon O. Bowdre
                                          KARON OWEN BOWDRE
                                          UNITED STATES DISTRICT JUDGE